Raymond W. Martin
Wyoming Bar No. 5-2384
Sundahl, Powers, Kapp & Martin, LLC
1725 Carey Avenue (82001)
P.O. Box 328
Cheyenne, Wyoming 82003-0328
(307) 632-6421
(307) 632-7216 (fax)
rmartin@spkm.org

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, a New York Corporation<br><br>          Plaintiff,<br>vs.<br><br>DAN SCHOU CONSTRUCTION, INC., a Wyoming corporation, and JEFF MORRIS, individually and doing business as HEART FOUR IRONWORKS<br><br>          Defendants. | Case No. 08CV 272-ABJ |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** the parties, by and through their respective attorneys, and hereby stipulate that the above-entitled action, together with all claims, demands and causes of action against Defendant Dan Schou Construction, Inc., and Jeff Morris, Heart Four Ironworks, shall be dismissed with prejudice, each party to bear its own costs, expenses and attorneys' fees.

DATED this \_\_16th\_\_ day of August 2010.

_____
Raymond W. Martin, 5-2384
Sundahl, Powers, Kapp & Martin, LLC
P.O. Box 328
Cheyenne, WY 82003-0328
Attorney for Defendant, Dan Schou
Construction, Inc.

_____
Richard R. Rardin
Cozen O'Conner
707 17th St., Ste. 3100
Denver, CO 80202
Attorney for American Home Assurance
Company

_____
Jason M. Tangeman
Nicholas & Tangeman, LLC
170 North 5th St.
P.O. Box 928
Laramie, WY 82073-0928
Attorney for Defendant, Jeff Morris,
Heart Four Ironworks